VALENZUELA v. EYMAN, WARDEN, ET AL.

No. 1144, Misc.   Decided June 18, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

PATSKAN v. BUCHKOE, WARDEN, ET AL.

No. 1262, Misc.   Decided June 18, 1962.

PER CURIAM.

The appeal is dismissed.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.